1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT J. PRINCE, LILLY SHIRLEY, and JOSEPH C. HULL, Individually and On Behalf Of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>COMERICA BANK,<br><br>Defendant. | Case No.: CV 18-430-DMG (KSx)<br><br>**ORDER RE JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT [19]** |

Having reviewed and considered the parties' Joint Stipulation to Extend Time to Respond to Complaint (the "Stipulation") and good cause appearing from the same, IT IS HEREBY ORDERED THAT:

1. Defendant Comerica shall not be required to answer, move or otherwise respond to the complaint filed in this action, to any of the complaints filed in any of the actions identified in the Stipulation, or to any complaint filed in any subsequently-filed related action until such time as the actions are consolidated, interim counsel is appointed, and a consolidated complaint is filed.

2. Defendant Comerica shall answer, move or otherwise respond to the consolidated complaint within 45 days after service of the consolidated complaint. If Defendant responds to the consolidated complaint by motion, the parties shall confer as required under L.R. 7-3 regarding the substance of the motion as well as a proposed briefing and hearing schedule.

IT IS SO ORDERED.

DATED: March 6, 2018

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE